```
1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 10-8426 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| LISA ESCOBAR, AKA LISA E. ESCOBAR, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Lisa Escobar, aka Lisa E. Escobar, in the principal amount of $2,653.97 plus interest accrued to November 2, 2010, in the sum of $5,415.32; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$8,069.29**.

DATED: 2/4/2011      By: TERRY NAFISI
                         Clerk of the Court

                         _____
                         Deputy Clerk
                         United States District Court

Page 5